**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-144-JAD-EJY |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| SHANTAE WILLIAMS, | |
| Defendant. | |

This Court finds Shantae Williams pled guilty to Count 1, 8, and 11 of a 11-Count Criminal Indictment charging her in Count 1 with conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. § 1951; in Count 8 with interference with commerce by robbery in violation of 18 U.S.C. § 1951; and in Count 11 with conspiracy to launder money in violation of 18 U.S.C. § 1956(h). Criminal Indictment, ECF No. 51; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Shantae Williams agreed to the forfeiture of the property set forth in the Plea Agreement. Criminal Indictment, ECF No. 51; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the offenses to which Shantae Williams pled guilty.

The following property is (1) any property, real or personal, involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956(h), or any property traceable to such property; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1951 or 1956(h), specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or conspiracy to commit

such offenses and (3) any property, real or personal, involved in a violation of 18 U.S.C. § 1956(h), or any property traceable to such property; and is subject to forfeiture under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p).

1. $35,000;
2. 2008 GMC Yukon, VIN 1GKFC10308R144317; and
3. 2011 Dodge Avenger, VIN 1B3BD4FB4BN608608

(all of which constitutes property).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Shantae Williams in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C.

§ 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: January 9, 2022.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE