DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
SHANTAE WILLIAMS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00144-JAD-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SENTENCING |
| | ) | |
| SHANTAE WILLIAMS, | ) | |
| | ) | (1st Request) |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between SHANTAE WILLIAMS, Defendant, by and through counsel DUSTIN R. MARCELLO, ESQ., and the United States of America, by and through, DANIEL COWHIG, Assistant United States Attorney, that sentencing be continued from April 17th, 2023, at 11:00 a.m. to June 13, 2023, at a time convenient to the court after 9:00 am. The reasons for the stipulation are as follows:

1. Ms. Williams is out of custody.

2. Ms. Williams does not object to the request to continue sentencing.

3. The PSR was obtained by counsel on April 4, 2023.

4. The Plea Agreement and the PSR concur with recommending probation in this case.

5. Counsel needs more time to review the PSR with Ms. Williams who lives in California.

6. Additionally, Counsel needs to arrange travel for sentencing.

7. Counsel for the Government has not objection and stipulates to a continuance.

8. This is the first request to continue sentencing.

DATED this 10th day of April 2023

|  |  |
|---|---|
|  | Respectfully submitted. |
|  | JASON M. FRIERSON |
| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|  |  |
| /s/ Dustin R. Marcello, Esq. | /s/ Daniel Cowhig, Esq. |
| DUSTIN R. MARCELLO, ESQ. | DAN COWHIG, ESQ. |
| 601 LAS VEGAS BOULEVARD, SOUTH | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR DEFENDANT | LAS VEGAS, NEVADA 89101 |
| SHANTAE WILLIAMS |  |

DUSTIN R. MARCELLO, ESQ.
Nevada bar No. 10134
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
SHANTAE WILLIAMS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00144-JAD-EJY |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| SHANTAE WILLIAMS. | ) | |
| | ) | (6th or More) |
| Defendants. | ) | |

FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Ms. Williams is out of custody.

2. Ms. Williams does not object to the request to continue sentencing.

3. The PSR was obtained by counsel on April 4, 2023.

4. The Plea Agreement and the PSR concur with recommending probation in this case.

5. Counsel needs more time to review the PSR with Ms. Williams who lives in California.

6. Additionally, Counsel needs to arrange travel for sentencing.

7. Counsel for the Government has not objection and stipulates to a continuance.

8. This is the first request to continue sentencing.

## CONCLUSIONS OF LAW

The end of justice served by granting said continuance of sentencing outweigh the best interest of the public and defendants in a speedy resolution since the failure to grant said continuance would likely result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing taking into account the exercise of due diligence.

## ORDER

**IT IS ORDERED** that sentencing currently scheduled for April 17, 2023 at the hour of 11:00 p.m., be vacated and continued to June 13, 2023, at 11:00 a.m.

DATED this 11th day of April, 2023.

_____
U.S. DISTRICT JUDGE