1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-144-JAD-EJY |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| SHANTAE WILLIAMS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p) based upon the plea of guilty by Shantae Williams to the criminal offenses, forfeiting the property set forth in the Plea Agreement and shown by the United States to have the requisite nexus to the offenses to which Shantae Williams pled guilty. Criminal Indictment, ECF No. 51; Change of Plea, ECF No. 319; Plea Agreement, ECF No. 320; Amended Preliminary Order of Forfeiture, ECF No. 325.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 24, 2023, through February 22, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 326-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 328.

On January 26, 2023, the United States Attorney's Office attempted to serve Randall Burge on Bindweed Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were both returned as not deliverable and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-15.

On January 26, 2023, the United States Attorney's Office served Randall Burge at USP Lompoc with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 16-18.

On January 26, 2023, the United States Attorney's Office served Ianthe Rowland on Edwin Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 19-21.

On January 26, 2023, the United States Attorney's Office served and attempted to serve Ianthe Rowland on Garey Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as attempted – not known and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 22-24.

On January 26, 2023, the United States Attorney's Office served and attempted to serve Ianthe Rowland on Viareggio Ct. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as attempted – not known and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 25-27.

On January 26, 2023, the United States Attorney's Office served Trayvale Harrison on Fredricks Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 28-29, 32.

On January 26, 2023, the United States Attorney's Office served Trayvale Harrison at FCI Victorville with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 30-32.

On January 26, 2023, the United States Attorney's Office served Phillip Shiel at USP Lompoc with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 33-35.

On February 16, 2023, the United States Attorney's Office served Barstow Auto Sales with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 328-1, p. 3-11, 36-38.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1.  $35,000;

2.  2008 GMC Yukon, VIN 1GKFC13038R144317; and

3.  2011 Dodge Avenger, VIN 1B3BD4FB4BN608608

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: September 7, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

4