

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 26, 2024

Clerk, United States District Court

_____ District of __Nevada__

333 Las Vegas Blvd South, 1st FL
Las Vegas, NV 89101-7065

Re:   Transfer of Jurisdiction of Probation
     Your Case No. 2:18-CR-00144
     Assigned Our Case No. 5:24-CR-00155-SSS
     Case Title: USA V. Shantae Williams

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee_____.

   Please forward to this district copies of the following documents:
   1) Indictment, Information, or Complaint
   2) Judgment and Probationary Order
   3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

   The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By  Trina DeBose
    Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

CR-25 (06/24)          TRANSMITTAL LETTER - PROBATION TRANSFER IN

| PROB 22 (Rev. 01/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 2:18CR00144 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 5:24-cr-00155-SSS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Shantae Williams | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| FILED CLERK, U.S. DISTRICT COURT 06/26/2024 CENTRAL DISTRICT OF CALIFORNIA BY: AP DEPUTY | Jennifer A. Dorsey | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 9/7/2023 | TO 2/6/2028 |

**OFFENSE**

Count 1- Conspiracy to Interfere with Commerce by Robbery; Count 8-18 U.S.C. § 1951(a), 18 U.S.C. § 1951 Interference with Commerce by Robbery; Count 11-18 U.S.C. § 1951 Conspiracy to Money Launder 18 U.S.C. § 1956(h)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Williams is a permanent resident of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/28/2024
Date

_/s/ Dorsey_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Central  DISTRICT OF  California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/21/2024
Effective Date

_/s/ Dolly M. Gee_
United States District Judge

1